# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| v. | Civil Action File No. 3:22-cv-1055-TJC-MCR |
| **JARED D. EAKES,** | |
| **Defendant.** | |

## PLAINTIFF'S STATUS REPORT

In response to the Court order dated January 2, 2025 [Dkt. 45], Plaintiff Securities and Exchange Commission ("SEC") respectfully advises the Court that it has no objection to the administrative closing of the case without prejudice. The SEC anticipates filing a motion for default judgment against Defendant Eakes. However, as the Court is likely aware, there has been a parallel criminal case pending against Mr. Eakes, and, recently, the issue of his mental competency has been raised. *See United States v. Eakes*, 3:24-cr-00120-TJC-PDB (M.D. Fla.). The SEC is evaluating how to proceed in light of the parallel proceeding, this development and the requirements of Federal Rule of Civil Procedure 55(b)(2) (permitting default judgment against incompetent "only if represented by a general guardian, conservator, or other like fiduciary who has appeared."). Accordingly,

the SEC does not oppose the administrative closure of this case at this time, but respectfully seeks that it be done so without prejudicing the Commission's ability to reopen the case to file a motion for default judgment.

As Defendant Eakes is presently incarcerated and difficult to reach, a copy of this document is being submitted to him by overnight mail and to his counsel in the parallel criminal case.

Dated: January 8, 2025.

                              Respectfully submitted,

                               /s/ Paul Kim
                             M. Graham Loomis
                             Paul Kim
                             Georgia Bar No. 418841

                             U.S. Securities and Exchange Commission
                             950 East Paces Ferry Road NW, Suite 900
                             Atlanta, GA 30326
                             (404) 842-7665
                             kimpau@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, I electronically filed the foregoing Plaintiff's Status Report and mailed a copy by overnight mail to Defendant Jared D. Eakes at:

> Baker County Jail
> c/o Jared D. Eakes
> 1 Sheriffs Office Drive
> Macclenny, Florida 32063
> (904) 259-2231

>> */s/ Paul Kim*
>> Paul Kim
>>
>> An Attorney for Plaintiff
>> U.S. Securities and Exchange Commission