UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JARED D. EAKES,<br><br>Defendant. | Civil Action File No.<br>3:22-cv-1055-TJC-MCR |

## PLAINTIFF'S STATUS REPORT

Plaintiff Securities and Exchange Commission ("SEC") respectfully files this status report to apprise the Court of recent developments in this matter. On January 16, 2025, the Court administratively closed the case without prejudice to the SEC filing a motion to reopen for the purpose of seeking a default judgment against Defendant Jared Eakes. (Dkt. 47.) The Court closed this case based, in part, on the issue of Eakes's mental competency being raised in a parallel criminal proceeding against him. *See United States v. Eakes*, 3:24-cr-00120-TJC-PDB (M.D. Fla.) (Dkt. 54). On March 21, 2025, the Magistrate Judge assigned to the parallel criminal case found Eakes competent. *Id*., Dkt. 64. Specifically, the Court concluded "by a preponderance of the evidence that [Eakes] is not presently suffering from a mental disease or defect that renders him unable to understand the

nature and consequences of the proceedings against him or to properly assist in his defense." *Id.* at 1.  The Court also found that Eakes "is competent to stand trial and participate in pre-trial proceedings." *Id.* at 1-2.  Eakes has not filed an objection to the Magistrate Judge's order.  *See* Fed. R. Crim. P. 59.

In light of the determination that Eakes is competent, the SEC anticipates filing a motion for default judgment against him.  The SEC's counsel will file a motion to reopen and for default judgment after receiving authorization to do so from the Commission.

As Defendant Eakes is presently incarcerated and difficult to reach, a copy of this document is being submitted to him by overnight mail and to his counsel in the parallel criminal case.

Dated: April 24, 2025.         Respectfully submitted,

                                            /s/ Paul Kim
                                           Paul Kim
                                           Georgia Bar No. 418841
                                           kimpau@sec.gov

                                           M. Graham Loomis
                                           Georgia Bar No. 457868
                                           loomism@sec.gov

Counsel for Plaintiff
U.S. Securities and Exchange Commission
950 East Paces Ferry Road NW, Suite 900
Atlanta, GA 30326
(404) 842-7600

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, I electronically filed the foregoing Plaintiff's Status Report and mailed a copy by UPS Overnight Mail to Defendant Jared D. Eakes at:

>Baker County Jail
>c/o Jared D. Eakes
>1 Sheriffs Office Drive
>Macclenny, Florida 32063
>(904) 259-2231

>*/s/ Paul Kim*
>Paul Kim

>Attorney for Plaintiff
>U.S. Securities and Exchange Commission